

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SARAH CHADWICK,

    Defendant.

_____/

Case: 2:23-cr-20653
Judge: Murphy, Stephen J.
MJ: Grand, David R.
Filed: 11-16-2023 At 03:44 PM
INDI USA V SARAH CHADWICK (LG)

VIOLATIONS:

18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. § 2252A(a)(5)(B)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 2252A(a)(2)
*Distribution of Child Pornography*

From on or about December 2022 to on or about October 2023, in the Eastern District of Michigan, Southern Division, the defendant, Sarah Chadwick, knowingly distributed child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and

1

transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT TWO
## 18 U.S.C. § 2252A(a)(5)(B)
*Possession of Child Pornography*

On or about November 8, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Sarah Chadwick, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8)(A), which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting foreign commerce; and the child pornography was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce; and the child pornography involved a prepubescent minor and a minor who had not attained 12 years of age, in violation of Title 18 United States Code § 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

1.      The allegations of this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2. If convicted of an offense charged and set forth above, Sarah Chadwick, shall forfeit to the United States:

    a. any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. **Substitute Assets.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with

a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

**THIS IS A TRUE BILL**.

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Douglas C. Salzenstein*
DOUGLAS C. SALZENSTEIN
Acting Chief, General Crimes Unit
Assistant United States Attorney

*s/ Louis F. Meizlish*
LOUIS F. MEIZLISH
Assistant United States Attorney

Dated: November 16, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com

Case: 2:23-cr-20653
Judge: Murphy, Stephen J.
MJ: Grand, David R.
Filed: 11-16-2023 At 03:44 PM
INDI USA V SARAH CHADWICK (LG)

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:   Judge Assigned:

☐ Yes   ☒ No   AUSA's Initials: L.F.M.

**Case Title:** USA v. Sarah Chadwick

**County where offense occurred:** Oakland

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 ✓ _Indictment/____Information --- based upon prior complaint [Case number: 23-mj-30450  ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 16, 2023
Date

Louis F. Meizlish
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9745
Fax: 313-226-2311
E-Mail address: louis.meizlish@usdoj.gov
Attorney Bar #: P75168

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.