UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                            Case No. 2:23-cr-20653
v.                                   Hon. Stephen J. Murphy, III

Sarah Chadwick,

        Defendant.

**Stipulation and Order to Continue the
Trial, Set New Dates, and Find Excludable Delay**

The parties stipulate to continue all dates in this case for approximately 60 days. The parties further stipulate, and jointly move for the court to find, that the period between January 9, 2024, and March 12, 2024, qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of this continuance outweigh the best interests of the public and Defendant in a speedy trial. The parties' reason for the continuance and for a finding of excludable delay is as follows:

- This case involves hundreds of images of child pornography. Defense counsel requires additional time to review the discovery it has received and to review in person materials that the government cannot transmit to the defense, and any potential defenses.

- Defense counsel requires additional time to investigate Defendant's circumstances and identify and locate any material in support of mitigation before any plea negotiations occur.

The parties also agree that this stipulation and any order resulting therefrom shall not affect any previous order of pretrial detention or pretrial release.

**IT IS SO STIPULATED.**

Respectfully submitted,

| /s/ Louis F. Meizlish | /s/ Paul J. Stablein |
|---|---|
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort St., Suite 2001 | 33 Bloomfield Hills Parkway |
| Detroit, MI 48226 | Ste. 242 |
| 313-226-9100 | Bloomfield Hills, MI 48304 |
| louis.meizlish@usdoj.gov | paul@stableinlaw.com |

Date: December 12, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Case No. 2:23-cr-20653
Hon. Stephen J. Murphy, III

Sarah Chadwick,

    Defendant.

## Order Continuing the Trial Date, Setting New Dates, and Finding Excludable Delay

This matter coming before the court on the stipulation of the parties, and the Court adopting the reasons for an adjournment and the exclusion set forth in the stipulation, the court finds that that the time from January 9, 2024, to March 12, 2024, shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and Defendant in a speedy trial, taking into consideration counsel's exercise of due diligence.

**IT IS FURTHER ORDERED THAT** the following dates will apply to these proceedings:

- The final pretrial conference/plea cutoff shall occur on February 22, 2024, at 11:00 a.m.

- The trial shall occur on March 12, 2024, at 9:00 a.m.

**SO ORDERED.**

s/Stephen J. Murphy, III  
HON. STEPHEN J. MURPHY, III  
UNITED STATES DISTRICT JUDGE

Dated: December 13, 2023